

The following constitutes the order of the court.
Signed August 11, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                              |
                                                   | No. 16-41902
David Johnson,                                     |
                                                   | Chapter 13
                    Debtor.                        |
_____|

**MEMORANDUM ON DEBTOR'S MOTION FOR RELIEF**

**FROM THE AUTOMATIC STAY**

On July 22, 2016, Creditor Bosco Credit LLC ("Movant") filed the *Motion for Relief from Stay* (the "Motion"). The Motion was set for hearing on August 17, 2016.

On July 25, 2016, the Court dismissed this case due to Debtor's failure to file bankruptcy schedules or a Chapter 13 Plan. This case was subsequently closed on July 29, 2016. Having realized that there was a hearing on the Motion set for August 17, the Court *sua sponte* reopened this case on August 8, 2016.

It has recently come to the Court's attention that Debtor has filed a second case (the "New Case") in this same division (case number 16-42212-RLE). As a result of the New Case, the Court will take the hearing on the Motion off the August 17, 2016 calendar and require that Movant seek relief from the stay in the New Case. Concurrently with the filing of this Memorandum, the Court will close this case.

***END OF MEMORANDUM***

## COURT SERVICE LIST

**David Johnson**
2200 Arrowhead Drive
Oakland, CA 94611

Case: 16-41902    Doc# 22    Filed: 08/11/16    Entered: 08/11/16 15:18:43    Page 2 of 2